Filed 2/3/25  P. v. Simmonspryor CA4/3

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G064317 |
| v. | (Super. Ct. No. FVI24000627) |
| DOMONICK DAWNTAY SIMMONSPRYOR, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from a judgment of the Superior Court of San Bernardino County, Zahara Tigeri Arredondo, Judge. Affirmed.

Matthew Johnson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Defendant Domonick Dawntay Simmonspryor appeals a judgment entered after he pleaded no contest to second degree burglary and was sentenced to 16 months in prison. After reviewing the record and consulting with a staff attorney at Appellate Defenders, Inc., defendant's appointed counsel filed a brief pursuant to the procedures set forth in *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738. While not arguing against his client, counsel represented he found no issues to advance on appeal and asked us to independently review the appellate record, which we have done. We also advised defendant of his right to file a written argument on his own behalf, but he has not done so. Finding no arguable issues, we affirm the judgment.

PROCEDURAL BACKGROUND

On March 6, 2024, defendant was charged in a felony complaint with one count of first degree burglary. (Pen. Code, §§ 459, 460, subd. (a).) Six aggravating sentencing factors were alleged in connection with that charge. (Pen. Code, § 1170, subd. (b)(2).)

Roughly a week later, defendant entered into a plea agreement with the prosecution to resolve his case. Under the terms of the agreement, defendant agreed to plead no contest to second degree burglary in exchange for the low term of 16 months in prison, with 24 days of presentence credit. At the plea hearing, the trial court accepted defendant's plea and sentenced him accordingly. It also accepted the parties' stipulation that the complaint and police report would serve as the factual basis for the plea.

According to the police report, defendant broke into a private laundry room in Victorville without the owner's permission on March 5, 2024. Once inside, he used the washing machine and the owner's soap to wash his clothes. He also moved some tools around inside the room.

2

On May 6, 2024, defense counsel filed a notice of appeal and a request for a certificate of probable cause, which the trial court granted. In those filings, counsel stated that defendant "wishes to appeal due to lack of evidence."

DISCUSSION

As we mentioned at the outset, appellate counsel was unable to find any arguable issues to raise on defendant's behalf. He did, however, identify the following unbriefed issue to assist us in our review of the record: "Was [defendant] sentenced in accordance with the plea bargain?" (Boldface omitted.)

The answer is yes. Under the terms of his plea agreement, defendant agreed to plead no contest to second degree burglary in exchange for 16 months in prison with 24 days of presentence credit, and that is precisely what the trial court sentenced him to.

Furthermore, although the notice of appeal reflects defendant's concern about the "lack of evidence" to support the charge against him, his no contest plea precludes him from raising that issue on appeal. (*People v. Palmer* (2013) 58 Cal.4th 110, 114; *In re Troy Z.* (1992) 3 Cal.4th 1170, 1180–1181.)

Having independently reviewed the record for any other arguable issues, we are convinced none exist. We therefore affirm the judgment.

## DISPOSITION

The judgment is affirmed.


GOODING, J.

WE CONCUR:


O'LEARY, P. J.


DELANEY, J.